UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Mag. Judge Case No. |
| ) | 05m-1005-JGD |
| **Matthew Spaulding,** ) | |
| **Defendant** ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Susan Williams, Deputy United States Marshal, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Matthew Spaulding on a petition for revocation filed in the United States District Court for the District of Maine charging the defendant with violation of his conditions of release, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Susan Williams
Deputy United States Marshal
United States Marshals Service

Subscribed and sworn to before me this 1st day of February 2005.

_____
Judith G. Dein
United States Magistrate Judge