UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

05m - 1005 - JGD

v.

WARRANT OF ARREST

MATTHEW SPAULDING

CASE NUMBER: 04-CR-134-P-S

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MATTHEW SPAULDING and bring him or her forthwith to the nearest magistrate to answer a Petition on Revocation of Pretrial Release charging him or her with:

Violation of Conditions of Pretrial Release in violation of Title 18 United States Code, Section 3148

Matt Osterrieder
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

_____
Signature of Issuing Officer

28 January 2005, Portland, Maine
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |